BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA N. NESHEIWAT,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SREVICES, et al.,<br><br>        Defendants. | Case No.: 2:15-cv-1289 JAM EFB<br><br>**Joint Stipulation and Order to Transfer Venue** |

This is an immigration case in which Plaintiff seeks mandamus and declaratory relief toward the end of amending her certificate of naturalization.  Because the administrative action challenged occurred in the Los Angeles District Office of U.S. Citizenship and Immigration Services, and/or the Santa Ana Field Office, the parties stipulate to transfer venue to the Central District of California.  28 U.S.C. §§ 1391(b)(2) & 1391(e)(1)(B).

Dated: August 18, 2015                Respectfully submitted,

                        BENJAMIN B. WAGNER
                        United States Attorney

                        /s/ Audrey B. Hemesath
                        AUDREY B. HEMESATH
                        Assistant U.S. Attorney

1

DATED: August 18, 2015 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Richard M. Wilner
　　　　　　　　　　　　　　　　　　　　RICHARD M. WILNER
　　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff


## ORDER

Pursuant to the joint stipulation, this matter is hereby transferred to the Central District of California.

DATED: 8/18/2015

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　United States District Court Judge